SCHNEIDER, Appellant, v. SEAMAN, Respondent, et al. (Supreme Court, Appellate Di-

vision, First Department. December 24, 1903.) Action by Rudolph Schneider against Thomas B. Seaman, impleaded. T. Sutro, for appellant. W. Arrowsmith, for respondent. No opinion. Judgment affirmed, with costs.